IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE RANDOLPH SCHOOL, INC.

               Plaintiff,

v.

THE 3M COMPANY, f/k/a Minnesota Mining and
Manufacturing Co., AGC CHEMICALS AMERICAS
INC., AMEREX CORPORATION. ARKEMA INC.,
ARCHROMA U.S., INC.. BASF CORPORATION,
individually and as successor in interest to Ciba Inc.,
BUCKEYE FIRE EQUIPMENT COMPANY,
CARRIER GLOBAL CORPORATION,
CHEMDESIGN PRODUCTS INC.. CHEMGUARD
INC.. CHEMICALS, INC., CLARIANT
CORPORATION. individually and as successor in
interest to Sandoz Chemical Corporation, CORTEVA,
INC., individually and as successor in interest to
DuPont Chemical Solutions Enterprise,
DEEPWATER CHEMICALS. INC., DUPONT DE
NEMOURS INC., individually and as successor in
interest to DuPont Chemical Solutions Enterprise,
DYNAX CORPORATION. E. I. DUPONT DE
NEMOURS AND COMPANY. individually and as
successor in interest to DuPont Chemical Solutions
Enterprise. KIDDE-FENWAL. INC.. individually and
as successor in interest to Kidde Fire Fighting. Inc..
NATION FORD CHEMICAL COMPANY,
NATIONAL FOAM, INC., THE CHEMOURS
COMPANY, individually and as successor in interest
to DuPont Chemical Solutions Enterprise. THE
CHEMOURS COMPANY FC, LLC. individually and
as successor in interest to DuPont Chemical Solutions
Enterprise, and TYCO FIRE PRODUCTS. LP,
individually and as successor in interest to The Ansul
Company. and DOE DEFENDANTS 1-20. fictitious
names whose present identities are unknown.

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2022__

Civil Case No. 7:22-cv-02535 NSR

STIPULATION AND
ORDER EXTENDING TIME
TO ANSWER

IT IS HEREBY STIPULATED by and between the parties hereto and their undersigned counsel that if this action is transferred to the *In re Aqueous Film-Forming Foams Products Liability* multi-district litigation ("AFFF MDL"), then the deadline for Defendants to move, answer, or otherwise respond to the Summons and Complaint shall be in accordance with the established rules and procedures in the AFFF MDL. Should the Judicial Panel on Multidistrict Litigation decline to transfer this action to the AFFF MDL, Defendants shall have through and including the 28th day after such disposition by the Judicial Panel on Multidistrict Litigation to answer, move, or otherwise respond to the Complaint.

By: /s/ Patrick James Lanciotti
Patrick James Lanciotti, Esq.
Andrew Croner, Esq
Paul J. Napoli, Esq..
Napoli Shkolnik PLLC
360 Lexington Avenue
11th Floor
New York, NY 10017
212-397-1000
Fax: 646-843-7603
Email: planciotti@napolilaw.com
      ACroner@NapoliLaw.com
      pnapoli@nsprlaw.com

*Attorneys for Plaintiff*
*The Randolph School, Inc.*

Dated: April 1, 2022

By: /s/ Thomas J. Herten
Thomas J. Herten, Esq.
**ARCHER & GREINER P.C.**
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601
201.498.8529
Fax: 201-342-6111
Email: therten@archerlaw.com
*Attorneys for Defendants*
*Tyco Fire Products LP and*
*Chemguard, Inc.*

Dated: April 1, 2022

SO ORDERED:

_____
HON. NELSON STEPHEN ROMAN. U.S.D.J.

223870840v1

Dated: April 4, 2022
White Plains, NY